U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUN 0 8 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 6:09CR60010 |
| v. | ) | |
| | ) | |
| BRIAN BROWNLEE | ) | 29 U.S.C. §501(c) |

## INFORMATION

The United States Attorney Charges:

From on or about January 2005 through March 2006 in the Western District of Arkansas, Hot Springs Division, the Defendant, **BRIAN BROWNLEE**, while an officer, that is, 2nd District Vice President of the American Postal Workers Union (APWU) State Association, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, moneys of said labor organization in the approximate amount of $16,221.38 in violation of Title 29 United States Code Section 501(c).

DEBORAH GROOM
ACTING UNITED STATES ATTORNEY

By: /s/ Matthew Fleming
Matthew Fleming
Assistant U. S. Attorney
Arkansas Bar No. 78054
P. O. Box 1524
Fort Smith, AR 72902
479-783-5125
E-Mail: Matt.Fleming@usdoj.gov